**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6721**

———————

RANDY JOHNSON,

        Plaintiff - Appellant,

    v.

G. HALL, Grievance Coordinator, in their individual and official capacity; STACY RICHARDSON, Head Classification, in their individual and official capacity; MELVIN WARREN, Acting Director, South Carolina Department of Probation, Parole and Pardon Services, in their individual and official capacity; MATTHEW C. BUCHANAN, General Counsel, in their individual and official capacity,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge.  (6:24-cv-00351-DCN)

———————

Submitted:  July 31, 2025                      Decided:  October 31, 2025

———————

Before GREGORY and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Randy Johnson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Johnson appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing Johnson's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim and denying his motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59. We have reviewed the record and discern no reversible error. Accordingly, we grant Johnson's motion to amend his informal brief, deny his motion for the appointment of counsel, and affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*